RECEIVED
CHARLOTTE, N.C.
JUL 2 2 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.
JUL 2 5 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) | CIVIL ACTION NO. |
| ) | 3:05CV245 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ENTRY OF DEFAULT** |
| PURR-FECT MUFFLERS, LTD. and ) | |
| SALVATORE DEMETRIO, ) | |
| ) | |
| Defendants. ) | |

**THIS CAUSE COMING TO BE HEARD**, and being heard before the undersigned Clerk of Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of Plaintiff, Meineke Car Care Centers, Inc., for entry of default against Defendant Salvatore Demetrio; and

**IT APPEARING TO THE COURT** that a Verified Complaint was filed and a Summons issued in this action on May 26, 2005, which Complaint and Summons were served on Defendant Salvatore Demetrio on June 4, 2005 by a disinterested party who is duly authorized to serve Summonses; and

**IT FURTHER APPEARING TO THE COURT** that no Answer or other responsive pleading has been filed by Defendant Salvatore Demetrio and that the time for Defendant Salvatore Demetrio to file an Answer or otherwise respond to Plaintiff's Complaint has expired.

**NOW, THEREFORE,** default is hereby entered against Defendant Salvatore Demetrio in this action.

Entered this the 5 day of July, 2005.

_Betsy Wallace_
Clerk of Court
Deputy